FILED: October 14, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1620
(1:19-cv-00401-RDB)
_____

JOANN D. BRITT

      Plaintiff - Appellant

v.

LOUIS DEJOY, Postmaster General

      Defendant - Appellee

_____

O R D E R
_____

Upon a sua sponte poll of the court, a majority of judges in regular active service and not disqualified voted to rehear this case en banc on the issue of when a dismissal without prejudice is final, and thus appealable. The parties are invited to submit supplemental briefs on that issue on or before November 15, 2021.

IT IS ORDERED that rehearing en banc is granted.

The parties shall file 16 paper copies of their previously filed briefs and appendices and any supplemental briefs by November 15, 2021.

For the Court

/s/ Patricia S. Connor, Clerk